### 493. ROGERS *v.* MAYERS.

HILL, C. J. 1. Noncompliance with Rule 15 of this court, relating to filing and service of briefs, is not a ground for dismissal of a writ of error, but is a matter between the court and the offending attorney, on contempt proceedings.

2. Under the evidence in the record, the judge of the superior court did not err in sustaining the certiorari and in remanding the case for a new trial under the instructions given.

*Judgment affirmed.*

Certiorari, from Tattnall superior court—Judge Rawlings. January 28, 1907.

Submitted October 15,—Decided November 25, 1907.

*W. T. Burkhalter,* for plaintiff in error.

*H. C. Beasley,* contra.